Sean MOOREHEAD, Appellant,

v.

STATE of Missouri, Respondent.

No. 64276.

Missouri Court of Appeals,
Eastern District,
Division One.

March 1, 1994.

John A. Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion without an evidentiary hearing. We affirm. We find the motion court's findings of fact are not clearly erroneous and no error of law appears. Rule 84.16(b)(2) and (5).

We further find an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.

Jeff L. QUIGLEY, Petitioner/Appellant,

v.

Kim A. QUIGLEY, Respondent.

No. 63850.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 1, 1994.

Charles A. Powell, Jr., Macon, for petitioner/appellant.

Robert Lewis Mark, Hannibal, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

## ORDER

PER CURIAM.

Husband appeals from the trial court's judgment awarding child custody to Wife. The findings and conclusions of the trial court are supported by the evidence and are not manifestly erroneous. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).